**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

REGINALD STINSON,                    )
AIS # B1204652,                      )
                                     )
            Plaintiff,               )        CIVIL ACTION NO.
                                     )        12-00270-CB-B
v.                                   )
                                     )
KENNETH TYUS, *et al.,*              )
                                     )
            Defendants,              )

## ORDER

The Magistrate Judge has entered a Report and Recommendation

recommending that summary judgment be granted in favor of the Defendants on

Plaintiff's Federal law claims and that Plaintiff's state law claims be dismissed

without prejudice on jurisdictional grounds.  (Doc. 60.)  Having carefully reviewed

the Report and Recommendation and Plaintiff's objection thereto (Doc. 64) under

the standards set forth in 28 U.S.C. § 636(b) the Court hereby **OVERRULES** Plaintiff's

substantive objections[1] and **ADOPTS** the Report and Recommendation as its own.

**DONE** and **ORDERED** this the 15th day of December, 2014.


                          **s/**_Charles R. Butler, Jr._
                          **Senior United States District Judge**

---

[1] In his objection, Plaintiff points to some minor factual errors in the Report
and Recommendation.  On page 10, the statement "Officer Tyus went to Housing
Unit B. . ." should read "Officer Capps went to Housing Unit B..."  On page 11, the
time of the medical assessment should be "2:10 p.m." not "2:10 a.m."  Also on page
11, Plaintiff objects to the statement that he "was escorted from the dorm to the
hospital holding cell by Officer Tyus."  According to Plaintiff's objection, Defendant
Johnson escorted him to the holding cell.  In his response to summary judgment,
Defendant lists a number of officer who escorted him to the holding cell, including
Tyus, "Sgt. Johnson", and CO1 Johnson, among others.  (Pl.'s Rsp. 2, Doc. 52.)